729 A.2d 429

IN THE MATTER OF KENNETH C.
MC BROOM, AN ATTORNEY AT LAW.

May 26, 1999.

### ORDER

The Disciplinary Review Board on May 11, 1999, having filed with the Court its decision concluding that **KENNETH C. MC BROOM** of **HACKENSACK**, who was admitted to the bar of this State in 1980, and who was temporarily suspended from practice pursuant to *Rule* 1:20–13(b)(1) on April 29, 1996, and who remains suspended at this time, should be suspended from the practice of law for a period of two years for violating 18 *U.S.C.A.* 2252(a)(4) (possession of child pornography) and *RPC* 8.4(b) (commission of a criminal act that reflects adversely on attorney's honesty, trustworthiness or fitness as a lawyer); and good cause appearing;

It is ORDERED that **KENNETH C. MC BROOM** is suspended from the practice of law for a period of two years and until the

further Order of the Court, retroactive to April 29, 1996; and it is further

ORDERED that prior to consideration of any application for reinstatement to practice, respondent shall provide proof of his psychiatric fitness to practice law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.